STANLEY LOAYZA, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant. (Appeal No. 1.) — In view of the decision on the appeal from the order (post, p. 577), decided herewith, which order denied the defendant's motion to set aside the verdict and for a new trial in this negligence action, the appeal from the judgment is academic. It is dismissed, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

STANLEY LOAYZA, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant. (Appeal No. 2.) — Order denying defendant's motion to set aside the verdict, vacate the judgment, and grant a new trial, reversed on the law

and the facts, without costs, and motion granted, without costs. We accept the version of defendant's counsel that the juror failed to acquaint him with the information that, at the time he was accepted as a juror, there was then pending in the same court an action by his wife against this defendant. In the interest of substantial justice there should be a new trial. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur. [See *ante*, p. 577.]